AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BERTHA R. MITRANI, SPECIAL AGENT THOMAS J. REDPATH 489-1732

# *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__

00 MAY 11 PM 4:52

CLERK U.S. MADDOX
S.D. OF FLA.-FTL

UNITED STATES OF AMERICA

V.

TERRILL MYERS

**WARRANT FOR ARREST**

**00-6119**

**CASE NUMBER:**
**CR-ZLOCH**

TO: **The United States Marshal
and any Authorized United States Officer**

MAGISTRATE JUDGE
SELTZER

YOU ARE HEREBY COMMANDED to arrest _____ TERRILL MYERS _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly and intentionally conspiring to import marijuana into the United States from a place outside thereof, knowingly and intentionally importing marijuana into the United States from a place outside thereof and knowingly and intentionally possessing with the intent to distribute marijuana,

in violation of Title 21 United States Code, Section(s) 841(a)(1), 952(a), 963

Clarence Maddox
Name of Issuing Officer

[signature]
Signature of Issuing Officer

BSS
Bail fixed at $ 150,000 Corporate Surety Bond with Nebbia

Clerk of the Court
Title of Issuing Officer

May 11, 2000 at Fort Lauderdale, Florida
Date and Location

[signature]
by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |