UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CR-~~FERGUSON~~

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

ERIK JOHNSON, et al.,  :

    Defendants.  :

## STATUS REPORT

A status conference was held in this cause on May 31, 2000. At that conference, the parties informed the Court as follows:

1. Discovery has not been provided. The Government is directed to ensure that the discovery material is in the possession of all counsel no later than June 2, 2000.

2. Counsel for the defendants shall have until June 15, 2000, within which to file pretrial motions.

3. There are two remaining defendants who are to be arraigned. The arraignment is set for June 1, 2000.

DATED at Fort Lauderdale, Florida, this 31 St day of May, 2000.

*Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Bertha Mitrani (FTL)
AFPD Robert Berube (FTL)
Manuel Vazquez, Esq.
Michael Matters, Esq.
Stuart Adelstein, Esq.

64