UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO  00-6119-CR-Zloch

UNITED STATES OF AMERICA

Plaintiff

v. Terrill Myers

Defendant

ORDER ON INITIAL APPEARANCE

Language:  English
Bond No.  00-046
AUSA  Mitrani
Agent

The above-named defendant having been arrested on  6-7-00  having
appeared before the court for initial appearance on  6-7-00
and proceedings having been held in accordance with F.R.Cr.P. 5, it is thereupon

ORDERED as follows:

1. _____ appointed as permanent counsel of record
   Address
   Zip Code_____ Telephone

2. _____ Bruce Fleisher _____ permanent counsel of record
   Address
   Zip Code_____ Phone

3. The defendant shall attempt to retain counsel and shall appear before the court on _____

4. Arrangement/Preliminary/Removal/Identity hearing is set for  6-8-00

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

   A detention hearing, pursuant to 18 U.S.C. 3142(f) is set for _____

6. The defendant shall be released from custody upon posting of the following type of appearance bond
   pursuant to 18 U.S.C. 3142:
   $100,000 corp surety bond Recommended.
   Bond hrg  6-8-00

This bond shall contain the standard conditions of bond printed in the form of this Court and, in
addition, the defendant must comply with the special conditions checked below:

____ a. Surrender all passports and travel documents to Pretrial Services Office, or as otherwise

____ b. Report to Pretrial Services as follows _____ times a week by phone _____ times a week in
       person, other _____

____ c. Submit to random urine testing by Pretrial Services for the use of non-prescribed/prescribed substances
       prohibited by law

____ d. Maintain or actively seek full-time gainful employment

____ e. Maintain or begin an educational program

____ f. Avoid all contact with victims of or witnesses to the crimes charged

____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon

____ h. Comply with the following curfew

- 1 -

____ 1. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set:    At Arrest      _____

                    On Warrant    _____

                    After Hearing   _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

____ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

- The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    DONE AND ORDERED at Ft. Lauderdale this __7__ day of ___June___ ,20 00

                                                 _____

                                                 UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
   WHITE to Court file
   BLUE to defendant
   GREEN to Assistant U.S. Attorney
   YELLOW to Counsel
   PINK to U.S. Marshal
   GOLD to Pretrial Services