COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE
-cr-06119-WJZ   Document 76   Entered on FLSD Docket 06/08/2000   P

| | | | |
|---|---|---|---|
| DEFT: | Terrill Myers (J)# | CASE NO: | 00-6119-CR-Zloch |
| AUSA: | Bertha Mitrani *present* | ATTNY: | |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance | BOND REC: | $100,000 Corp Surety |
| BOND HEARING HELD - yes/no | | COUNSEL APPOINTED: | FA - Bruce Fleisher |

BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED JUN 7 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) Halfway House
    Electronic Monitoring

- advised of charges
- sworn for counsel
- says he needs medicine for heart, diabetes & for psychiatric problems.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 6-8-00 | 11:00 am | BSS |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | | | |

DATE: 6-7-00   TIME: 11:00am   TAPE # 00-045   PG # 1

2575

74
76