# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

-cr-06119-WJZ   Document 83   Entered on FLSD Docket 06/09/2000

UNITED STATES OF AMERICA )   CASE NUMBER: CR _OO-6119-CR-Zloch_
Plaintiff )
)
) REPORT COMMENCING CRIMINAL
) ACTION  55329-004
TERRILL MYERS )
Defendant

*FILED D.C. JUN 8 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. - VS FT. LAUD. S.D. OF FLA.*

****************************************************

TO: CLERK'S OFFICE      MIAMI      FT. LAUDERDALE      W. PALM BEACH
U.S. DISTRICT COURT                    (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

****************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: _6-7-00 / 18:04_ (a.m./p.m.)

(2) LANGUAGE(S) SPOKEN: _English_

(3) OFFENSE(S) CHARGED: _21 USC 841, 752, 963_

(4) UNITED STATES CITIZEN:   (✓)YES   ( )NO   ( )UNKNOWN

(5) DATE OF BIRTH: _6-29-43_

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[✓] INDICTMENT   [ ] COMPLAINT   CASE # _00-6119-CR-Zloch_
[ ] BENCH WARRANT FOR FAILURE TO APPEAR   _DEA-G3-00-0111_
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: _S. DIST. OF FLORIDA_
COPY OF WARRANT LEFT WITH BOOKING OFFICER?  [✓]YES  [ ]NO

AMOUNT OF BOND:$ _____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: _____  (9) ARRESTING OFFICER _SA Tim Kenney_

(10) AGENCY _DEA_   (11) PHONE # _954 489 1732_

(12) COMMENTS _____