

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6119-CR-Zloch

UNITED STATES OF AMERICA

vs

Terrill Myers

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 6-8-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retain counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date.

DEFENDANT:  Address: _____ In Custody _____

Telephone: _____

DEFENSE COUNSEL:  Name: Bruce Fleisher

Address: _____

Telephone: _____

BOND SET/CONTINUED:  $ 100,000 Corp.Surety w/nebbia

Bond hearing held: yes __x__ no ____ Bond hearing set for _____

Dated this __8__ day of _____ June _____, 20 _00_.

CLARENCE MADDOX
COURT ADMINISTRATOR / CLERK

BY: _____
Deputy Clerk

Tape No. _CO-046_

cc: Clerk for Judge
    U. S. Attorney