| | | | |
|---|---|---|---|
| DEFT: | Terrill Myers (J)# | CASE NO: | 00-6119-CR-Zloch |
| AUSA: | Bertha Mitrani *present* | ATTNY: | Bruce Fleisher *present* |
| AGENT: | | VIOL: | |
| PROCEEDING: | Arraignment/Bond Hearing | BOND REC: | 100,000 Corp. |

BOND HEARING HELD - (yes)/no        COUNSEL APPOINTED:
____ BOND SET @ _$100,000 Corp Surety w/ nebbia_
CO-SIGNATURES: _____
SPECIAL CONDITIONS:

*[Filed stamp: FILED by D.C. / JUN 8 2000 / CLARENCE MADDOX / CLERK U.S. DIST. CT. / S.D. FLA. FT. LAUD.]*

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) Halfway House
    Electronic Monitoring

Handwritten notes:
- Δ - sworn
- No tapes as to this deft —
- 4 tapes att to Co-defts. (w/ 8 recordings)
- Transcript being prepared
- Δ - Would like a phys. exam done — JUDGE: Order will be drafted for BSS's signature

| | | |
|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: |
| INQUIRY RE COUNSEL: | | |
| PTD/BOND HEARING: | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 6-23-00 | 11:00 am  Snow |
| STATUS CONFERENCE: | | |

DATE: 6-8-00   TIME: 11:00am   TAPE # 00-046  PG # 8

200-354
recalled
046 801-12
87