·····ii 1 2 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA

                v.                      NOTICE SETTING CAUSE FOR TRIAL

GREGORY PILOCK, LAWRENCE LONDON,
WILLIAM MOCCIA, TERRILL MYERS,
ERIK JOHNSON, ROD STIDHAM, and
JOHN MINIX

_____

     TAKE NOTICE that the above-entitled case has been set for
Calendar Call at 9:00 AM, July 28, 2000 before the Honorable
William J. Zloch, United States District Judge at the U. S.
District Court, Courtroom A, 299 E. Broward Boulevard, Fort
Lauderdale, Florida, for the trial period commencing July 31, 2000.
At that time each case will be assigned a number for trial.
Counsel for defendant shall notify defendant of the above dates.

     Proposed Jury Instructions must be submitted at the beginning
of trial.

     Counsel are required to pre-mark all exhibits and provide the
Court with an exhibit list.

     All counsel are required to inform the Court when an
interpreter is needed prior to trial.

     All counsel are required to file current speedy trial reports
prior to Calendar Call.

     In a criminal case, if the defendant has not obtained counsel,
the AUSA shall notify defendant of the above dates.

     **Any motion for continuance for any reason must be filed 14**



**calendar days prior to calendar call.  Failure to do so will result**

**in automatic denial of the motion.**

Please notify the Court immediately at (954) 769-5485 of any

settlement in this case.

DATE: 6/12/00                    BY ORDER OF THE COURT:
                                 CLARENCE MADDOX, CLERK

                    BY:    _____
                           CARLINE T. NEWBY
                           COURTROOM DEPUTY CLERK

copies furnished:
Bertha Mitrani, Esq., AUSA
Alvin Entin, Esq.
Herbert Cohen, Esq.
Neal Schuster, Esq.
Bruce Fleisher, Esq.
Daryl Wilcox, Esq., AFPD
Stuart Adelstein, Esq.
Manuel Vazquez, Esq.