UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs. CASE NO.: 00-6119-CR-ZLOCH

TERRILL MYERS,

Defendant.
_______________________________/

## NOTICE OF APPEARANCE

**COMES NOW** the Defendant, **TERRILL MYERS**, and herein informs this Honorable Court that the law offices of Bruce H. Fleisher, P.A., have been appointed to represent him in the above-styled cause. Please accept this Notice of Appearance as acknowledgment that all pleadings, notices, discovery disseminations and any other notice shall be directed to counsel at the below-listed address.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 13th day of June, 2000 to: **MS. BERTHA MITRANI**, Assistant U.S. Attorney, Office of the U.S. Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33301; **ALVIN ENTIN, ESQUIRE,** 200 East Broward Blvd., Suite 1210, Ft. Lauderdale, Florida 33301; **STUART ADELSTEIN, ESQUIRE,** 1435 South Miami Avenue, Miami, Florida 33130; **HERBERT COHEN, ESQUIRE,** 200 S.E. 6 Street, Suite 205, Ft. Lauderdale, Florida 33301-3420; **NEIL SCHUSTER, ESQUIRE,** 407 Lincoln Road, Suite 11B, Miami,



91

Florida 33139; **DARYL WILCOX, ESQUIRE,** 150 East Flagler Street, Suite 1700, Miami, Florida 33131; **MANUEL VAZQUEZ, ESQUIRE,** 2655 South Le Jeune Road, Suite 503, Coral Gables, Florida 33134;

Respectfully submitted,

BRUCE H. FLEISHER, P.A.
Grand Bay Plaza
2665 South Bayshore Drive
Suite 1206
Coconut Grove, Florida 33133
Office: (305) 859-7999
Facsimile: (305) 858-0603

By: ______________________
BRUCE H. FLEISHER, ESQUIRE
Florida Bar No.: 166952