UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO.: 00-6119-CR-ZLOCH

vs.

MAGISTRATE: SELTZER

TERRILL MYERS,

    Defendant.

_____/

## MOTION FOR RECONSIDERATION ON
## PSYCHOLOGICAL AND COMPETENCY EVALUATION

**COMES NOW** the Defendant **TERRILL MYERS**, by and through his undersigned counsel and hereby files this Motion for Reconsideration on Psychological and Competency Evaluation, and as grounds therefore would state as follows:

1. On June 8, 2000 undersigned counsel was appointed to represent the Defendant in the above matter as CJA counsel. Defendant is charged with importation of marijuana.

2. At said hearing, Defendant was arraigned and a pre-trial detention hearing was conducted. At that time counsel advised the Court that the Defendant had a prior mental history of paranoid schizophrenia, and was on medication. The Defendant exhibited memory problems at the hearing.

3. Because of this mental history, counsel requested the Dr. Merry Haber be appointed to perform a competency evaluation. The Court's position was that this testing should be performed at the Federal Detention Center, or another facility with mental health experts. An order to this effect was prepared for the Magistrate's signature.

4. On June 13, 2000 undersigned counsel called FDC and spoke with Dr. Rudy

BRUCE H. FLEISHER, P.A., ATTORNEY AT LAW
SUITE 1206, GRAND BAY PLAZA, 2665 S. BAYSHORE DRIVE, COCONUT GROVE, FL 33133 • TEL. (305) 859-7999 • FAX (305) 858-0609

92

Buigas, the staff psychologist. The purpose of said call was to make arrangements to be present when the evaluation and testing were done. Dr. Buigas advised counsel that he was very busy with his caseload, and suggested that a local psychologist could do the exam. Dr. Buigas is familiar with Dr. Haber, and advised counsel to contact the Court about said appointment. The only alternative is to transport the Defendant to Butner, North Carolina, Lexington, Kentucky, or Rochester, Minnesota for the evaluation. This process will take two months at a minium

5. Counsel believes that an evaluation by Dr. Haber would be more efficient, quicker, and in the interest of judicial economy

6. Assistant U.S Attorney Bertha Mitrani objects to counsel's motion.

**WHEREFORE**, counsel respectfully requests this Honorable Court to rescind its initial order discussed supra, and appoint Dr Merry Haber to evaluate and test the Defendant for competency.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 13th day of June, 2000 to: **MS. BERTHA MITRANI**, Assistant U.S. Attorney, Office of the U.S. Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33301

Respectfully submitted,

BRUCE H. FLEISHER, P.A.
Grand Bay Plaza
2665 South Bayshore Drive
Suite 1206
Coconut Grove, Florida 33133
Office: (305) 859-7999

By: /s/ BRUCE H. FLEISHER, ESQUIRE
Florida Bar No.: 166952