HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

FILED by _____ D.C.
JUN 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFT __CLINTON G. McLENNON_____ CASE NO: __00-6153-CR-FERGUSON__
AUSA __ROBERT NICHOLSON__ /Rosenthal/ ATTY __FPD__ - Pat Hunt for Wilcox
Junior Farquhason, Esq. for Winsor Steelman Fyfe   00-6033 @ 811
Disc mailed - ready - possible plea

DEFT __TERRILL MYERS_____ CASE NO: __00-6119-CR-ZLOCH__
AUSA __BERTHA MITRANI__ /pres/ ATTY __BRUCE FLEISHER__ /plea/
Disc out today - govt ready   @ 870
M/ for Competency filed. motions due July 7

DEFT __GARY LEE GERHART_____ CASE NO: __00-8062-CR-ZLOCH__
AUSA __KERRY BARON__ Rosenthal ATTY __HOWARD SCHUMACHER__
Disc out - set for trial July 31   @ 911
M/ due as set forth in SDO

DEFT __RAYMOND CLARKE_____ CASE NO: __00-6150-CR-ZLOCH__
AUSA __TERRY THOMPSON__ /Rosenthal/ ATTY ~~PATRICK HUNT~~ Swargor
Disc out - govt ready - no tapes
probable plea - M/due July 10   @ 1005

DEFT __JAMES BLAKE BEESON_____ CASE NO: __00-6158-CR-DIMITROULEAS__
AUSA __ED RYAN__ Rosenthal ATTY __BRUCE LYONS__ /Sheitze/
Disc out - govt ready   @ 1047
M/ Con't pending - 11 tapes -

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __6-23-00_____ TIME __11:00_____

99