FILED by _____ D.C.
JUL 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TERRILL MYERS,

    Defendant.
_____/

CASE NO.: 00-6119-CR-ZLOCH

MAGISTRATE: SELTZER

## ORDER APPOINTING EXPERT

**THIS CAUSE**, having come on to be heard upon the Defendant's Motion for the Appointment of Expert, and this Court having been fully apprised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Defendant's Motion be and the same is hereby **GRANTED**; it is further Ordered that Dr. Merry Haber shall be appointed as an Expert in the above cause to evaluate the Defendant for competency. Said expert shall be paid at the expert rate of $175.00 per hour.

**DONE AND ORDERED** this 12th day of July, 2000, in Miami, Dade County, Florida.

HONORABLE BARRY S. SELTZER
U.S. ~~District Court~~ Magistrate Judge

Copies furnished to:

    Bruce H. Fleisher, P.A.
    Bertha Mitrani, AUSA
    Dr. Merry Haber

109