DEFT: Terrill Myers (J)#  CASE NO: 00-6119-CR-Zloch
AUSA: Bertha Mitrani /Finnigan  ATTNY: Bruce Fleisher present
AGENT: ___  VIOL: ___
PROCEEDING: Motion for reconsideration  BOND REC: ___
of psychh evaluation
BOND HEARING HELD - yes/no  COUNSEL APPOINTED:

FILED by ___ D.C.
JUL 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

___ BOND SET @ ___
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

Gov't opposes Atty's request for Dr. Haber to do evaluation.

A - Motion granted. Atty Fleisher to fax Order for Ct. to sign (as to Competency)

NEXT COURT APPEARANCE: ___  DATE: ___  TIME: ___  JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___
DATE: 7-12-00  TIME: 11:00am  TAPE # 00-056  PG # 11
1119 - 1436