UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA,

vs.

TERRILL MYERS,

Defendant.
_____/

## NOTICE OF FILING UNDER SEAL

The Court hereby gives notice of its receipt and filing under seal on this date of the attached correspondence.

DONE AND ORDERED at Fort Lauderdale, Florida this ____ day of August 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William J. Zloch
United States District Judge

Bertha Mitrani, Esquire
Assistant United States Attorney

Bruce H. Fleisher, Esquire
Grand Bay Plaza, Suite 1206
2665 South Bayshore Drive
Coconut Grove, Florida 33133

BRUCE H. FLEISHER, P.A.
ATTORNEY AT LAW

GRAND BAY PLAZA · SUITE 1206
2665 SOUTH BAYSHORE DRIVE
COCONUT GROVE, FLORIDA 33133

TELEPHONE (305) 859-7999
FACSIMILE (305) 858 0603

August 3, 2000

Honorable Barry L. Seltzer
U.S. Magistrate Judge
U.S. District Court
Southern District of Florida
299 E. Broward Boulevard
Ft. Lauderdale, Florida 33301

RE: **UNITED STATES OF AMERICA vs. TERRILL MYERS**
CASE NO.: 00-6119-CR-ZLOCH

Dear Judge Seltzer:

Enclosed please find Dr. Haber's competency evaluation of Terrill Myers. He is competent to stand trial. I would request that this report be sealed for confidentiality reasons.

Very truly yours,

BRUCE H. FLEISHER, Esquire

BHF:jj
Enclosure
cc: Bertha Mitrani, Esq.

B   E   H   A   V   I   O   R

                                                    IN(
C   H   A   N   G   E   R   S

August 3, 2000

Bruce Fleisher, Esq.
2665 South Bayshore Drive
Suite 1206
Coconut Grove, FL 33133

## PSYCHOLOGICAL REPORT

## PRIVILEGED AND CONFIDENTIAL

RE:   USA vs. TERRILL MYERS
CC:   00-6119-Cr-Zloch

### REFERRAL DATA:

Terrill Myers was referred for evaluation as to Competency to Proceed by his attorney, Bruce H. Fleisher. Mr. Myers was evaluated at the Federal Detention Center on July 26, 2000. He was told that the results of this evaluation would be given to Mr. Fleisher.

### PSYCHOSOCIAL HISTORY:

Terrill Myers is a 57-year old male born in Charleston, South Carolina on July 28, 1943. He has been incarcerated for several months pursuant to charges of Conspiracy to Distribute Marijuana.

Mr. Myers was raised by his parents until the age of 13 when they were divorced. His father is described as having a major mental illness, being hospitalized many times for Depression and delusions. Mr. Myers states that his father tried to kill him several times when he was, "...on a drunken binge or crazy." He states that the last time this happened was after he returned from Vietnam. His father apparently did not have a criminal arrest record, but according to the subject, was an alcoholic who eventually died of a self-inflicted shot to the head. His mother, Edythe Myers, still lives in South Carolina. Terrill has one younger sister, Sharon Mills (age 52), who

RE:   MYERS, TERRILL
CC:   00-6119-CR-ZLOCH
Page  2

lives in Myrtle Beach, South Carolina. He last spoke to her approximately two years ago. Mr. Myers' memories of his childhood, prior to the age of 13, were "wonderful." He states that he walked to church every Sunday with both parents who were Sunday school teachers and then, ".. everything changed. When they got divorced they turned into complete opposites." He states that at that young age he ran away from home, taking odd jobs and eventually renting a room for fourteen dollars a week, while earning thirty-five dollars a week as a lifeguard in Myrtle Beach.

Despite his running away, Mr. Myers completed nine grades of high school in Myrtle Beach and Charleston, South Carolina. He passed a KLEP test while in the army and eventually earned an AA degree from DeKalb Community College in Decatur, Georgia in 1975. He states that he then went to Woodrow Wilson Law School for two years, but had psychiatric problems and began attending treatment at the Veterans' Administration Hospital.

Mr. Myers states that from 1961 through 1964 he was in the United States Army and worked as a Demolitions and Combat Engineer in Special Forces at Fort Bragg and in Vietnam (for six months). He states that he then had a twenty-six month tour through Laos and Cambodia. He reports being court-martialed twice due to drunk and violent behavior. He earned a General Discharge.

Mr. Myers has been married two times: his first wife, Cheryl, he married when he was 17. They were married for ten years. He describes this marriage as "horrible," stating that his wife had sex with his father and several of his friends. She was suicidal, one time having her stomach pumped due to a drug overdose. They had two children: Terry Jr., who died two years ago during an auto-erotic experience, and Che, who died at the age of three and a half from drowning. The subject married his second wife, Anna, at the age of 27. They had one child: Lance (now 28) who is describes as, "an alcoholic who can't stop drinking once he starts. Lance has worked as a landscaper and on boats. He states that Anna divorced him because, "I don't know how to treat anyone. I wasn't a good person. She shouldn't have married of me."

Mr. Myers states that his primary work was in the area of construction and management of construction projects. His most recent job, two to three years prior to his arrest, was at Ron's Trucking where he worked as a general manager for seven or eight months. He has lived in the Pompano area for the last eight years.

*Medical History:*

According to Mr. Myers, he sustained a head trauma while in Vietnam and was hospitalized at Walter Reed Hospital for approximately six months in 1963 (*these records were not available at the time of this evaluation*). He then was transferred to the 82nd Airborne. He states that he sustained a heart attack in February of 1999 and that he suffers diabetes but does not take

RE:    MYERS, TERRILL
CC:    00-6119-CR-ZLOCH
Page    3


medication for it at this time.

Psychiatric history reveals that he was first treated in the sixties in Georgia at the Atlanta VA subsequent to his father's suicide and the death of his son, Che. He states that he was medicated several times, but doesn't recall the names of the medication. He states that he was also treated at the Vietnam Veterans' Center in Atlanta where he saw a psychiatrist, "off and on." *These records were not available at the time of this evaluation.*

He states that from 1987 through 1989 he was treated at Sandy Springs in Roswell, Georgia. He states that he saw a state psychiatrist for a few years and was having problems, which included fears, and hearing voices saying that people he loved were going to be hurt. He states that he stopped treatment because he had no money for medication. He states that he was then treated at the Northside Hospital in Fulton, Georgia as an outpatient for a short time. *These records were not available at the time of this evaluation.*

Mr. Myers states that he saw a psychiatrist at the Veteran's Administration Hospital in Miami from 1993 through 1994 (Dr. Wheylen) due to hearing voices. He states that he was medicated but the medicine made him tired and he was inconsistent in taking it. He states that he continued to see a Carol Miller at the Veteran's Administration Hospital twice a week, but when she left the job there was no one to take her place, the schedule changed, and he discontinued treatment. *These records were not available at the time of this evaluation.* Mr. Myers states that while at FDC he has been placed on anti-depressant medication (Elavil 100mgs HS) plus other medications including Neurontin and Amitryptoline. *These records were not available at the time of this evaluation.*

*Drug and Alcohol History:*

Mr. Myers states that he began using drugs and alcohol when he was a teenager, "in the streets." He states that he drank in the sixties and seventies beginning early in the morning throughout the day. He denies that he has had anything to drink in twenty years. He admits snorting and using cocaine intravenously for years, beginning when he was in the army. He admits using marijuana and states that the last time he did so was twenty years ago. He states that he also used amphetamines and that those were his drugs of choice. He states that he frequently drank so much that would get in his car and drive three-hundred miles in a blackout, waking up somewhere and not knowing how he got there. He states that he was in drug treatment at the Veteran's Hospital in Atlanta.

*Criminal Arrest Record:*

Mr. Myers states that he was arrested approximately twenty times in the sixties and seventies. He

RE:   MYERS, TERRILL
CC:   00-6119-CR-ZLOCH
Page  4

states that he had one conviction for Aggravated Assault in 1971, but did not go to prison. He states that he was arrested in 1974 on charges of receiving stolen merchandise and other charges but again, was not remanded to prison. He states that his most recent arrest prior to the current one was in 1988 or 1989 for shoplifting.

## TEST RESULTS:

Terrill Myers appears his stated age and is a balding, white male with blue eyes who is able to maintain good eye contact but tended to look down frequently during examination. Speech articulation was normal. His relationship to me was open and cooperative. His mood was depressed and his affect labile as he cried easily and frequently throughout evaluation. His psychomotor activity level was appropriate. He was oriented to time, place and person. Attention and concentration were mildly impaired by his distracted and tangential thinking. Memory functions, especially for times and dates were mildly impaired. His thought processes were coherent, productive and goal-oriented with no loosening of associations nor other overt disturbances. There were no thought content preoccupations and no evidence of delusional activity. He evinced some paranoid ideation regarding his attorney, this evaluation and the judicial system. He denied suicide and homicide ideation and current hallucinations. He did admit prior auditory hallucinations with the voices, "telling me to do things or plotting against me."

There was some evidence of depression in his general test behavior. Nevertheless, reality testing was intact. The subject's general fund of information was adequate and consistent with his background in that he knew the President and Vice President of the United States and several current events in the news. His abstracting ability was adequate and his intellectual ability estimated to be at least within the Average range. He had insight and awareness into his psychiatric and drug related problems. His judgment was impulsive, but his problem solving skills were good.

## COMPETENCY:

**Terrill Myers has a factual and rational understanding of the legal process and is Competent to Proceed.**

RE: MYERS, TERRILL
CC: 00-6119-CR-ZLOCH
Page 5

## PROVISIONAL DIAGNOSES:

| | |
|---|---|
| Axis I: | R/O Major Depression with psychotic features, in medication remission |
| | Polysubstance Abuse, in remission |
| Axis II: | Deferred |
| Axis III: | Status Post Heart Attack |
| | Diabetes |
| Axis IV: | Psychosocial and Environmental Problems: Incarceration |
| Axis V: | GAF (current) = 45 – Moderate to severe symptoms including impairment in judgment, thinking, and mood. |

## SUMMARY AND RECOMMENDATIONS:

Terrill Myers is a 57-year old man with a history of major mental disorder who at this time is being medicated with antidepressant medication in the Federal Detention Center. This medication is moderately effective in controlling his depressive symptomatology. There appears to be a genetic component to his illness, as his father also suffered a major mental illness.

Mr. Myers' judgment, thinking and mood are impaired. It would be in his best interest to have complete and extensive psychological testing to determine the nature and extent of this impairment.

Merry S. Haber, Ph.D.
Licensed Psychologist
Fla. License #2258

2000\federal\meyers-t.rep

BRUCE H. FLEISHER, P.A.
ATTORNEY AT LAW
GRAND BAY PLAZA · SUITE 1206
2665 SOUTH BAYSHORE DRIVE
COCONUT GROVE, FLORIDA 33133

HONORABLE BARRY L. SELTZER
U.S. Magistrate Judge
U.S. District Court
Southern District of Florida
299 E. Broward Boulevard
Ft. Lauderdale, Florida 33301

```
                              Case Selection
Dkt type: cr   Case Number: 00-6119      Division: 0   FtLauderdale
 Title :  USA                     .V.  London




Filed       Entry Date  Last Update     History ID    Docketed by
8/7/00       8/7/00      **/**/**        4123734          lh
+-----------------------------------------------------------------+
    SEALED DOCUMENT as to Terrill Myers



    +viewing docket text-----------------------------------+
Transaction: kseal doc -/ -/ - - -

  Command mode (? for commands)
```

Attached to D.E. # 119