UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA

    v.

TERRILL MYERS

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                              COURTROOM A
299 E. BROWARD BLVD.                DATE & TIME:
FT. LAUDERDALE, FL 33301            August 14, 2000 at 9:30 AM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: August 8, 2000

cc:
Bertha Mitrani, Esq., AUSA
Bruce Fleisher, Esq.