UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,                      CASE NO.: 00-6119-CR-ZLOCH

vs.

                                  MAGISTRATE:    SELTZER
TERRILL MYERS,

    Defendant.
_____/

## MOTION FOR CONTINUANCE

**COMES NOW** the Defendant **TERRILL MYERS**, by and through his undersigned counsel and hereby files this Motion for Continuance, and as grounds therefore would state as follows:

1. Calendar Call in this matter is scheduled for Friday, August 11th at 9:00 a.m., for the two week trial period commencing August 14th.

2. The Defendant who has a history of mental illness (paranoia) was recently examined by Dr. Merry Haber, who rendered a report on August 4th finding him competent to stand trial.

3. Defense counsel has started plea negotiations with the Government, however, there has been insufficient time materialize a plea based upon the Defendant's questionable competency. Counsel believes that said case will result in a plea, but needs more time to work toward this resolution.

4. In addition thereto, counsel has been preparing for two capital cases which are scheduled for September 5th.

5.  Defendant's motion is made in good faith and in the interests of justice.

6.  If at all possible, counsel requests to be excused from the Calendar Call on Friday, August 14th due to two conflicts in Dade County Circuit Court.

7.  Defendant waives his right to a speedy trial.

**WHEREFORE**, counsel requests that this Honorable Court reschedule this case for trial in late September.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing motion was furnished via U.S. mail this 7th day of August, 2000 to: **MS. BERTHA MITRANI**, Assistant U.S. Attorney, Office of the U.S. Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33301.

Respectfully submitted,

BRUCE H. FLEISHER, P.A.
Grand Bay Plaza
2665 South Bayshore Drive
Suite 1206
Coconut Grove, Florida 33133
Office: (305) 859-7999
Facsimile: (305) 858-0603

By: _____
BRUCE H. FLEISHER, ESQUIRE
Florida Bar No.: 166952

2

BRUCE H. FLEISHER, P.A., ATTORNEY AT LAW
SUITE 1206, GRAND BAY PLAZA, 2665 S. BAYSHORE DRIVE, COCONUT GROVE, FL 33133 • TEL. (305) 859-7999 • FAX (305) 858-0603