UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,                      CASE NO.: 00-6119-CR-ZLOCH

vs.

                                  MAGISTRATE:   SELTZER

TERRILL MYERS,

    Defendant.
_____/

### EX PARTE MOTION FOR APPOINTMENT OF
### DR. MERRY HABER FOR SENTENCING

**COMES NOW** the Defendant **TERRILL MYERS**, by and through his undersigned counsel and hereby files this Ex Parte Motion for Appointment of Dr. Merry Haber for Sentencing, and as grounds therefore would state as follows:

1. The Defendant is charged by Indictment with conspiracy to import marijuana into the U.S.

2. The Defendant was recently evaluated by Dr. Merry Haber for the purpose of determining the Defendant's competency to stand trial. The Defendant is in fact competent as per Dr. Haber's findings. (Copy of evaluation attached hereto as Defendant's Exhibit 1).

3. Dr. Haber in her diagnosis has alleged that the Defendant suffers from depression with psychotic features, has moderate to severe impairment in judgement, and a history of a major mental disorder. She further alleges that extensive psychological testing is necessary, to determine the nature and extent of his impairment.

4. Based upon the above findings, counsel respectfully requests the renewed

appointment of Dr. Merry Haber for psychological testing. Said testing could have an effect on the Defendant's sentencing guidelines.

5. Defendant's motion is made in good faith and in the interest of justice.

**WHEREFORE**, the Defendant respectfully requests this Honorable Court to appoint Dr. Merry Haber for sentencing.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 9th day of August, 2000 to: Clerk of the U.S. District Court, Southern District of Florida, 299 E. Broward Boulevard, Ft. Lauderdale, Florida 33301.

Respectfully submitted,

BRUCE H. FLEISHER, P.A.
Grand Bay Plaza
2665 South Bayshore Drive
Suite 1206
Coconut Grove, Florida 33133
Office: (305) 859-7999
Facsimile: (305) 858-0603

By: _____
BRUCE H. FLEISHER, ESQUIRE
Florida Bar No.: 166952

2

August 3, 2000

Bruce Fleisher, Esq.
2665 South Bayshore Drive
Suite 1206
Coconut Grove, FL 33133

## PSYCHOLOGICAL REPORT

### PRIVILEGED AND CONFIDENTIAL

RE:  USA vs. TERRILL MYERS
CC:  00-6119-Cr-Zloch

### REFERRAL DATA:

Terrill Myers was referred for evaluation as to Competency to Proceed by his attorney, Bruce H. Fleisher. Mr. Myers was evaluated at the Federal Detention Center on July 26, 2000. He was told that the results of this evaluation would be given to Mr. Fleisher.

### PSYCHOSOCIAL HISTORY:

Terrill Myers is a 57-year old male born in Charleston, South Carolina on July 28, 1943. He has been incarcerated for several months pursuant to charges of Conspiracy to Distribute Marijuana.

Mr. Myers was raised by his parents until the age of 13 when they were divorced. His father is described as having a major mental illness, being hospitalized many times for Depression and delusions. Mr. Myers states that his father tried to kill him several times when he was, "...on a drunken binge or crazy." He states that the last time this happened was after he returned from Vietnam. His father apparently did not have a criminal arrest record, but according to the subject, was an alcoholic who eventually died of a self-inflicted shot to the head. His mother, Edythe Myers, still lives in South Carolina. Terrill has one younger sister, Sharon Mills (age 52), who

MERRY S. HABER, PH.D., MICHAEL E. RAPPAPORT, PH.D.
1001 BRICKELL BAY DRIVE, SUITE 2204
MIAMI, FLORIDA 33131
TEL 305-373-7106 • FAX: 305-373-7106

DEFENDANT'S EXHIBIT 1

RE: MYERS, TERRILL
CC: 00-6119-CR-ZLOCH
Page 2

lives in Myrtle Beach, South Carolina. He last spoke to her approximately two years ago. Mr. Myers' memories of his childhood, prior to the age of 13, were "wonderful." He states that he walked to church every Sunday with both parents who were Sunday school teachers and then, "...everything changed. When they got divorced they turned into complete opposites." He states that at that young age he ran away from home, taking odd jobs and eventually renting a room for fourteen dollars a week, while earning thirty-five dollars a week as a lifeguard in Myrtle Beach.

Despite his running away, Mr. Myers completed nine grades of high school in Myrtle Beach and Charleston, South Carolina. He passed a KLEP test while in the army and eventually earned an AA degree from DeKalb Community College in Decatur, Georgia in 1975. He states that he then went to Woodrow Wilson Law School for two years, but had psychiatric problems and began attending treatment at the Veterans' Administration Hospital.

Mr. Myers states that from 1961 through 1964 he was in the United States Army and worked as a Demolitions and Combat Engineer in Special Forces at Fort Bragg and in Vietnam (for six months). He states that he then had a twenty-six month tour through Laos and Cambodia. He reports being court-martialed twice due to drunk and violent behavior. He earned a General Discharge.

Mr. Myers has been married two times: his first wife, Cheryl, he married when he was 17. They were married for ten years. He describes this marriage as "horrible," stating that his wife had sex with his father and several of his friends. She was suicidal, one time having her stomach pumped due to a drug overdose. They had two children: Terry Jr., who died two years ago during an auto-erotic experience, and Che, who died at the age of three and a half from drowning. The subject married his second wife, Anna, at the age of 27. They had one child: Lance (now 28) who is describes as, "an alcoholic who can't stop drinking once he starts. Lance has worked as a landscaper and on boats. He states that Anna divorced him because, "I don't know how to treat anyone. I wasn't a good person. She shouldn't have married of me."

Mr. Myers states that his primary work was in the area of construction and management of construction projects. His most recent job, two to three years prior to his arrest, was at Ron's Trucking where he worked as a general manager for seven or eight months. He has lived in the Pompano area for the last eight years.

*Medical History:*

According to Mr. Myers, he sustained a head trauma while in Vietnam and was hospitalized at Walter Reed Hospital for approximately six months in 1963 (*these records were not available at the time of this evaluation*). He then was transferred to the 82nd Airborne. He states that he sustained a heart attack in February of 1999 and that he suffers diabetes but does not take

RE:     MYERS, TERRILL
CC:     00-6119-CR-ZLOCH
Page    3

medication for it at this time.

Psychiatric history reveals that he was first treated in the sixties in Georgia at the Atlanta VA subsequent to his father's suicide and the death of his son, Che. He states that he was medicated several times, but doesn't recall the names of the medication. He states that he was also treated at the Vietnam Veterans' Center in Atlanta where he saw a psychiatrist, "off and on." *These records were not available at the time of this evaluation.*

He states that from 1987 through 1989 he was treated at Sandy Springs in Roswell, Georgia. He states that he saw a state psychiatrist for a few years and was having problems, which included fears, and hearing voices saying that people he loved were going to be hurt. He states that he stopped treatment because he had no money for medication. He states that he was then treated at the Northside Hospital in Fulton, Georgia as an outpatient for a short time. *These records were not available at the time of this evaluation.*

Mr. Myers states that he saw a psychiatrist at the Veteran's Administration Hospital in Miami from 1993 through 1994 (Dr. Wheylen) due to hearing voices. He states that he was medicated but the medicine made him tired and he was inconsistent in taking it. He states that he continued to see a Carol Miller at the Veteran's Administration Hospital twice a week, but when she left the job there was no one to take her place, the schedule changed, and he discontinued treatment. *These records were not available at the time of this evaluation.* Mr. Myers states that while at FDC he has been placed on anti-depressant medication (Elavil 100mgs HS) plus other medications including Neurontin and Amitryptoline. *These records were not available at the time of this evaluation.*

*Drug and Alcohol History:*

Mr. Myers states that he began using drugs and alcohol when he was a teenager, "in the streets." He states that he drank in the sixties and seventies beginning early in the morning throughout the day. He denies that he has had anything to drink in twenty years. He admits snorting and using cocaine intravenously for years, beginning when he was in the army. He admits using marijuana and states that the last time he did so was twenty years ago. He states that he also used amphetamines and that those were his drugs of choice. He states that he frequently drank so much that would get in his car and drive three-hundred miles in a blackout, waking up somewhere and not knowing how he got there. He states that he was in drug treatment at the Veteran's Hospital in Atlanta.

*Criminal Arrest Record:*

Mr. Myers states that he was arrested approximately twenty times in the sixties and seventies. He

RE:   MYERS, TERRILL
CC:   00-6119-CR-ZLOCH
Page  4

states that he had one conviction for Aggravated Assault in 1971, but did not go to prison. He states that he was arrested in 1974 on charges of receiving stolen merchandise and other charges but again, was not remanded to prison. He states that his most recent arrest prior to the current one was in 1988 or 1989 for shoplifting.

## TEST RESULTS:

Terrill Myers appears his stated age and is a balding, white male with blue eyes who is able to maintain good eye contact but tended to look down frequently during examination. Speech articulation was normal. His relationship to me was open and cooperative. His mood was depressed and his affect labile as he cried easily and frequently throughout evaluation. His psychomotor activity level was appropriate. He was oriented to time, place and person. Attention and concentration were mildly impaired by his distracted and tangential thinking. Memory functions, especially for times and dates were mildly impaired. His thought processes were coherent, productive and goal-oriented with no loosening of associations nor other overt disturbances. There were no thought content preoccupations and no evidence of delusional activity. He evinced some paranoid ideation regarding his attorney, this evaluation and the judicial system. He denied suicide and homicide ideation and current hallucinations. He did admit prior auditory hallucinations with the voices, "telling me to do things or plotting against me."

There was some evidence of depression in his general test behavior. Nevertheless, reality testing was intact. The subject's general fund of information was adequate and consistent with his background in that he knew the President and Vice President of the United States and several current events in the news. His abstracting ability was adequate and his intellectual ability estimated to be at least within the Average range. He had insight and awareness into his psychiatric and drug related problems. His judgment was impulsive, but his problem solving skills were good.

## COMPETENCY:

**Terrill Myers has a factual and rational understanding of the legal process and is Competent to Proceed.**

RE: MYERS, TERRILL
CC: 00-6119-CR-ZLOCH
Page 5

## PROVISIONAL DIAGNOSES:

Axis I:    R/O Major Depression with psychotic features, in medication remission

Polysubstance Abuse, in remission

Axis II:   Deferred

Axis III:  Status Post Heart Attack

Diabetes

Axis IV:   Psychosocial and Environmental Problems:
Incarceration

Axis V:    GAF (current) = 45 – Moderate to severe symptoms including impairment in judgment, thinking, and mood.

## SUMMARY AND RECOMMENDATIONS:

Terrill Myers is a 57-year old man with a history of major mental disorder who at this time is being medicated with antidepressant medication in the Federal Detention Center. This medication is moderately effective in controlling his depressive symptomatology. There appears to be a genetic component to his illness, as his father also suffered a major mental illness.

Mr. Myers' judgment, thinking and mood are impaired. It would be in his best interest to have complete and extensive psychological testing to determine the nature and extent of this impairment.

*Merry S. Haber, Ph.D.*
Merry S. Haber, Ph.D.
Licensed Psychologist
Fla. License #2258

2000\federal\meyers-t.rep