DEFT: Terrill Myers (J)#  
CASE NO: 00-6119-CR-Zloch (s)  
AUSA: Bertha Mitrani  
ATTNY: Bruce Fleisher *present*  
AGENT: _____  
VIOL: _____  
PROCEEDING: Arraignment on SS Indictment  
BOND REC: _____  
BOND HEARING HELD - yes/no  
COUNSEL APPOINTED: _____  
____ BOND SET @ _____

FILED by ___ D.C.  
AUG 11 2000  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____  
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

reading of indictment waived

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___  
INQUIRY RE COUNSEL: _____  
PTD/BOND HEARING: _____  
PRELIM/ARRAIGN. OR REMOVAL: N/A  
STATUS CONFERENCE: _____  
DATE: 8-11-00  TIME: 11:00am  TAPE # 00-067 PG # 7  
40-180