UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO.: 00-6119-CR-ZLOCH

vs.

MAGISTRATE: SELTZER

TERRILL MYERS,

    Defendant.

_____/

### ORDER APPOINTING DR. MERRY HABER FOR SENTENCING

**THIS CAUSE**, having come on to be heard upon the Defendant's Ex Parte Motion for Appointment of Dr. Merry Haber for Sentencing, and this Court having been fully apprised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Defendant's Motion be and the same is hereby **GRANTED**; it is further Ordered that Dr. Merry Haber shall be appointed as an Expert in the above cause for sentencing. Said expert shall be paid at the expert rate of $175.00 per hour.

**DONE AND ORDERED** this _____ day of August, 2000, in Ft. Lauderdale, Florida.

HONORABLE BARRY S. SELTZER
U.S. Magistrate Judge

Copies furnished to:

    Bruce H. Fleisher, P.A.
    Bertha Mitrani, AUSA
    Dr. Merry Haber