FILED by _____ D.C.
AUG 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6119-CR-Zloch DATE 8-14-00

CLERK Carline Newby          REPORTER Carl Schonzich

PROBATION                          INTERPRETER

UNITED STATES OF AMERICA v. Terrill Myers

U. S. ATTORNEY Bertha Mitrani DEFT COUNSEL Bruce Fleisher

DEFENDANT: (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING Change of Plea to
Count 4 of Superseding Indictment-

RESULT OF HEARING Deft entered a plea of
guilty to Count 4 of Superseding
Indictment-

JUDGMENT Court Deft entered a plea of
guilty to Count 4 d Court
Accepted Plea to Count 4

CASE CONTINUED TO 10-27-00 TIME 1:30 FOR Sentencing

MISC Written Plea Agreement-