NON-COMPLIANCE OF S.D. fla. L.R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

CASE NO.: 00-6119-CR-ZLOCH

vs.

TERRILL MYERS,

MAGISTRATE:   SELTZER

Defendant.
_____/

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PSI

**COMES NOW** the Defendant **TERRILL MYERS**, by and through his undersigned counsel and hereby files this Motion for Extension of Time to File Objections to P.S.I., and as grounds therefore would state as follows:

1. For the past 6 weeks defense counsel has been preparing for and in trial in *State of Florida vs. Juan Carlos Fabregas* a capital murder case. Said case concluded on October 12, 2000.

2. The Defendant's P.S.I. was made available to counsel while he was in trial. It was not until October 16, 2000 that counsel was able to review the P.S.I., and confer with the Defendant at FDC.

3. In addition thereto, the Government moved for a continuance of the sentencing without objection form the defense.

4. Counsel will be filing initial objections to the P.S.I. (enclosed herein), and seeks an additional 20 days to complete this process.

5. Counsel has attempted to confer with Assistant U.S. Attorney Bertha Mitrani

regarding the subject matter of this motion, but Ms. Mitrani was unavailable to discuss same.

6. Defendant's motion is made in good faith, in the interests of justice, and not a dilatory tactic.

**WHEREFORE,** the Defendant respectfully requests that this Honorable Court enter an order granting the Defendant an additional 20 days to file objections to the P.S.I.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing motion was furnished via U.S. mail this 16th day of October, 2000 to: Ms. Bertha Mitrani, Assistant U.S. Attorney, Office of the U.S. Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33301; Mr. James Peirce, U.S. Probation Officer, 501 South Flagler Drive, Suite 400, West Palm Beach, Florida 33401.

Respectfully submitted,

BRUCE H. FLEISHER, P.A.
Grand Bay Plaza
2665 South Bayshore Drive
Suite 1206
Coconut Grove, Florida 33133
Office: (305) 859-7999
Facsimile: (305) 858-0603

By: _____
BRUCE H. FLEISHER, ESQUIRE
Florida Bar No.: 166952

-2-