UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff

v.

TERRILL MYERS

    Defendant

FILED   D.C.
OCT 20 2000

Case No: 00-6119-CR-ZLOCH

ORDER

    THIS MATTER is before the Court upon the Motion For Extension Of Time To File Objections To PSI (filed October 17, 2000). The Court having reviewed the court file, and being otherwise fully advised in the premises, it is

    ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED to the extent that objections to the Presentence Investigation Report shall be filed on or before October 23, 2000. No further extensions will be granted.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of October, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Bertha Mitrani, Esq., AUSA
Bruce Fleisher, Esq.
Probation