UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

MAGISTRATE: SELTZER

vs.

TERRILL MYERS,

    Defendant.
_____/

## MOTION FOR CONTINUANCE

**COMES NOW** the Defendant **TERRILL MYERS**, by and through his undersigned counsel and hereby files this Motion for Continuance, and as grounds therefore would state as follows:

1. Sentencing is scheduled for Friday, October 27, 2000.
2. Counsel has just filed his initial objections to the P.S.I., with a motion for an additional 20 days to finalize his objections. Counsel was preparing for and in trial in a capital case for the past 6 weeks.
3. In early October, Assistant U.S. Attorney Bertha Mitrani telephoned counsel's office advising that she would be seeking a continuance. Counsel has no objection. Counsel believed that the Government was moving for the continuance. On October 18, 2000, Ms. Mitrani telephoned counsel advising that she would not be seeking said continuance.
4. During that telephone conference counsel advised Ms. Mitrani that the Defendant had undergone psychological testing and evaluating for the

purpose of sentencing. The Defendant has a history of mental illness, which could effect the Defendant's guidelines range.

5. As of this date, counsel has not been furnished with Dr. Merry Haber's report and test results, and her availability to testify on the current sentencing date. Ms. Mitrani expressed concern regarding preparing for a "contested sentencing", and stated that she had no objection to continuing the sentencing for that reason.

**WHEREFORE**, if necessary, counsel respectfully requests that this Honorable Court grant a continuance of the sentencing for 30 days.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing motion was furnished via U.S. mail this 20th day of October, 2000 to: Ms. Bertha Mitrani, Assistant U.S. Attorney, Office of the U.S. Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33301; and Mr. James Peirce, U.S. Probation Officer, 501 South Flagler Drive, Suite 400, West Palm Beach, Florida 33401.

Respectfully submitted,

BRUCE H. FLEISHER, P.A.
Grand Bay Plaza
2665 South Bayshore Drive
Suite 1206
Coconut Grove, Florida 33133
Office: (305) 859-7999
Facsimile: (305) 858-0603

By: _____
BRUCE H. FLEISHER, ESQUIRE
Florida Bar No. 166952

2