UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6119-CR-ZLOCH



UNITED STATES OF AMERICA

    Plaintiff

    V.

TERRILL MYERS

    Defendant

O R D E R

THIS MATTER is before the Court upon the Motion For Continuance (filed October 24, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED. Sentencing of the defendant TERRILL MYERS is hereby reset to December 8, 2000 at 10:30 A.M., Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____30th_____ day of October, 2000.

*/s/ William J. Zloch*
WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Bertha Mitrani, Esq., AUSA
Bruce Fleisher, Esq.
Probation