UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

MAGISTRATE:    SELTZER

vs.

TERRILL MYERS,

    Defendant.
_____/

## AMENDED OBJECTIONS & CORRECTIONS TO P.S.I.

**COMES NOW** the Defendant, **TERRILL MYERS,** by and through his undersigned counsel, and pursuant to Rule 32 of the Federal Rules of Criminal Procedure, respectfully notifies this Honorable Court of the following objections and corrections he would lodge against the Pre-sentence Investigation Report prepared in the above-styled cause. Defendant previously filed objections to the P.S.I., on October 17, 2000. The following are additional objections and corrections to the P.S.I.

1.    PAGE 4, PARAGRAPH 3 - Counsel was in error in stating that Defendant pled guilty to conspiracy to import marijuana in excess of 100 kilos. The plea was to possession with intent to distribute 100 kilos of marijuana. The objection about Agent McCarron remains the same.

2.    PAGE 12, PARAGRAPH 37 - Counsel modifies the second sentence by stating that co-defendant Pillock left 100 lbs. of marijuana with the Defendant as collateral for his $10,000.00 fee.

**WHEREFORE**, the Defendant respectfully requests that they Government and the U.S. Probation Office acknowledge the above objections, with leave of court for counsel to litigate the appropriate guideline level at sentencing.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing motion was furnished via U.S. mail this 7th day of November, 2000 to: Ms. Bertha Mitrani, Assistant U.S. Attorney, Office of the U.S. Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33301; Mr. James Peirce, U.S. Probation Officer, 501 South Flagler Drive, Suite 400, West Palm Beach, Florida 33401.

Respectfully submitted,

BRUCE H. FLEISHER, P.A.
Grand Bay Plaza
2665 South Bayshore Drive
Suite 1206
Coconut Grove, Florida 33133
Office: (305) 859-7999
Facsimile: (305) 858-0603

By: _____
BRUCE H. FLEISHER, ESQUIRE
Florida Bar No.: 166952

-2-