UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CR-ZLOCH (s)

UNITED STATES OF AMERICA,

v.

TERRILL MYERS

Defendant.
_____/

## UNITED STATES' MOTION FOR CONTINUANCE OF SENTENCING DATE

The United States of America respectfully moves this Honorable Court for an Order continuing the defendants' sentencing, presently scheduled for December 8, 2000, at 1:30 p.m, on the grounds that the undersigned Assistant United States Attorney will be out of the district on that date, and it is expected that the sentencing will be contested and will require more than the allotted thirty minutes of time. The grounds for this motion are as follows:

1. On August 14, 2000, the defendant pleaded guilty to Count IV of the Indictment, which charged him with possessing with the intent to distribute in excess of one hundred (100) kilograms of Marijuana. At that time, the Court scheduled his sentencing for October 27, 2000.

2. Counsel for defendant moved to continue the October 27, 2000, sentencing, on the grounds that, *inter alia*, one of his witnesses, Dr. Merry Haber, would not be available on that date. The Court granted the motion and continued the defendant's sentencing until December 8, 2000.

3. Counsel for defendant has submitted a report prepared by Dr. Merry Haber, a

psychologist, and intents to present testimony at the sentencing that the defendant suffers from a diminished capacity, and intends to argue that this alleged "diminished capacity" entitles the defendant to a downward departure. The Government opposes the defendant's motion for a downward departure based on diminished capacity.

4. In addition, the defendant has lodged numerous objections to the PSI, which have not been resolved. The defendant alleges, among other things, that government agents made certain representations to him regarding cooperation and the government's sentencing recommendations, which allegations the government disputes. Accordingly, an evidentiary hearing may be required to resolve these disputes.

5. Because of the plethora of issues, it is expected that the sentencing hearing will exceed thirty minutes. On November 28, 2000, the undersigned has discussed the matter of the length of the hearing with Bruce Fleisher, counsel for the defendant, and he agreed that the hearing will likely exceed thirty minutes.

6. The undersigned also discussed this motion to continue with Mr. Fleisher. Mr. Fleisher advised that the defendant's elderly mother was planning on traveling to Florida from South Carolina for the December 8, 2000, hearing, and to testify at the hearing, and it would be an inconvenience for the defendant's mother to rearrange her travel plans. For this reason, Mr. Fleisher opposes the instant motion

7. The undersigned will be out of the district on work related reasons (attending a seminar) from December 7, 2000, through December 10, 2000. This seminar is a unique seminar (it is not one that is regularly offered and the undersigned had to receive special permission to attend) and the undersigned became aware of her acceptance last week (approximately November 22, 2000). Because of the potential complexity of the issues, the undersigned would like to

handle the hearing herself, rather than attempt to brief another Assistant on the facts of the case as well as the issues or have to cancel out on the seminar.

WHEREFORE, the United States respectfully requests that this Court grant the motion, and continue the December 8, 2000, sentencing date.

                         Respectfully submitted,

                         GUY A. LEWIS
                         UNITED STATES ATTORNEY

                         By: _____
                         Bertha R. Mitrani
                         Assistant United States Attorney
                         Florida Bar No. 88171
                         500 East Broward Boulevard
                         Fort Lauderdale, Florida 33394
                         Tel: 954/ 356-7255
                         Facsimile: 954/356-7336

cc:    Special Agent Redpath

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by facsimile *305/858-0603* and regular first class mail to counsel for the defendant on this 29th day of November, 2000:

Bruce H. Fleisher, Esquire

Law Offices of Bruce H. Fleisher, P.A.

2665 South Bayshore Drive

Suite 1206

Coconut Grove, Florida 33133

Bertha R. Mitrani
Assistant United States Attorney