UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6119-CR-ZLOCH

FILED by _____ D.C.

DEC 0 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

    Plaintiff

    v.

TERRILL MYERS

    Defendant

O R D E R

THIS MATTER is before the Court upon the United States' Motion For Continuance of Sentencing Date (filed November 29, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED. Sentencing of the defendant TERRILL MYERS is hereby reset to December 13, 2000 at 9:30 AM, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____1st_____ day of December, 2000.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Bertha Mitrani, Esq.
Bruce Fleisher, Esq.
Probation