UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6119-CR-ZLOCH

MAGISTRATE: SELTZER

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

TERRILL MYERS,

   Defendant.
_____/



## MOTION TO WITHDRAW

**COMES NOW** BRUCE H. FLEISHER, ESQUIRE and hereby files this Motion to Withdraw, and as grounds therefore would state as follows:

1. Counsel was appointed to represent the Defendant as CJA counsel on June 7, 2000.

2. Sentencing is scheduled for December 13, 2000 at 9:00 a.m.

3. On October 27th, counsel conferred with the Defendant at that time the Defendant advised counsel that he felt that counsel was not properly representing him, and questioned counsel's advocacy. Defendant advised counsel that he desired new counsel for sentencing, and requested that counsel file a motion to withdraw.

4. Subsequent to the October 27th telephone conference with the Defendant, counsel conferred with the Defendant, and the attorney-client problems were

supposedly resolved.

5. On December 6, 2000 counsel and Dr. Merry Haber met with the Defendant at FDC for the purpose of preparing for sentencing. At said conference the Defendant again accused counsel of ineffective representation. The Defendant further stated that he desired other counsel to represent him, and that he was considering the filing of a motion to withdraw his guilty plea.

6. Although the undersigned is of the opinion that he has represented the Defendant properly, relations between the Defendant and counsel, have been strained, since counsel's first appearance.

7. Counsel believes that an irreconcilable conflict exists, and that the Defendant should have new counsel. The Defendant is exposed to a substantial sentence.

8. Counsel's motion is made in good faith, in the interests of justice, and with the express concurrence of the Defendant.

**WHEREFORE**, the Defendant respectfully requests that this Honorable Court enter an order granting said motion.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing motion was furnished via U.S. mail this 6th day of December, 2000 to: Ms. Bertha Mitrani, Assistant U.S. Attorney, Office of U.S. Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33301; Mr. Terrill Myers, Reg. No.: 55329-004, c/o FDC-Miami, P.O.

*U.S.A. vs. Terrill Myers*
*Case No.: 00-6119-CR-ZLOCH*

Box 019120, Miami, Florida 33101-9120; and Mr. James Peirce, U.S. Probation Officer,

501 South Flagler Drive, Suite 400, West Palm Beach, Florida 33401.

                          Respectfully submitted,

                          BRUCE H. FLEISHER, P.A.
                          Grand Bay Plaza
                          2665 South Bayshore Drive
                          Suite 1206
                          Coconut Grove, Florida 33133
                          Office: (305) 859-7999
                          Facsimile: (305) 859-0603

By: _____
                          BRUCE H. FLEISHER, ESQUIRE
                          Florida Bar No.: 166952

-3-

BRUCE H. FLEISHER, P.A., ATTORNEY AT LAW
SUITE 1206, GRAND BAY PLAZA, 2665 S. BAYSHORE DRIVE, COCONUT GROVE, FL 33133 • TEL. (305) 859-7999 • FAX (305) 858-0603