| | |
|---|---|
| DEFT: Terrill Myers (J)# | CASE NO: 00-6119-CR-Zloch |
| AUSA: Bertha Mitrani *by Roger Stefan* | ATTNY: Bruce Fleisher (CJA) |
| AGENT: | VIOL: |
| PROCEEDING: Motion to withdraw | BOND REC: |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

— Motion to withdraw by Attorney Fleisher - Granted.

— Attorney Marty Feigenbaum appointed attorney.

Defendant in FDC.

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 12-19-00    TIME: 11:00am    TAPE # 00-098    PG # 873

210