UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:   00-6119-CR-ZLOCH



UNITED STATES OF AMERICA

        V.                            NOTICE

TERRILL MYERS

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE                            COURTROOM A
299 E. BROWARD BLVD.          DATE & TIME:
FT. LAUDERDALE, Fl, 33301    February 8, 2001, at 10:30 AM

SENTENCING

CLARENCE MADDOX
CLERK OF COURT


BY DEPUTY CLERK

DATE: December 21, 2000

cc:
Bertha Mitrani, Esq., AUSA
Marty Feigenbaum, Esq.
Probation