UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

MAGISTRATE: SELTZER

vs.

TERRILL MYERS,

    Defendant.

_____/

## ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW

**THIS CAUSE**, having come on to be heard upon counsel's written Motion to Withdraw, and after having been advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that counsel's Motion to Withdraw is hereby **GRANTED**. This order shall discharge **BRUCE H. FLEISHER, P.A.** as attorney of record and appoint **MARTIN FEIGNEBAUM, ESQUIRE.**

**DONE** and **ORDERED** this 22nd day of December, 2000 in Chambers, in Broward County, Florida.

HONORABLE BARRY S. SELTZER
U.S. Magistrate Judge

Copies furnished to:

Bertha Mitrani, AUSA
Bruce H. Fleisher, Esq.
Martin Feignebaum, Esq.
Terrill Myers