UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION



CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

TERRILL MYERS,
    Defendant.

) DEFENDANT MYERS' MOTION TO
) CONTINUE SENTENCING HEARING
) <u>SET FOR FEBRUARY 8, 2001</u>
)
_____)

    Defendant Terrill Myers ("MYERS"), by and through undersigned court-appointed counsel, respectfully moves this Honorable Court for a continuance of the sentencing hearing currently set for February 8, 2001, and states:

    1. Undersigned counsel was appointed during the last week in December, 2000 to represent MYERS for purposes of the sentencing hearing.

    2. The sentencing hearing currently has been set for February 8, 2001 before this Honorable Court.

    3. Undersigned counsel has spoken with former counsel for MYERS, Bruce Fleisher, Esq., who spent substantial time conferencing with the undersigned about the complexity and number of issues impacting this sentencing hearing. For example, undersigned counsel understands there are issues relating to MYERS' physical and mental status. Apparently, there has been a professional evaluation of MYERS as to his past and present psychological state which need to be properly assimilated and, if warranted, further investigated by undersigned counsel. Moreover, undersigned counsel understands that there are substantial material facts which need to

1

216

be reviewed because they likely will affect the Guideline range which this Honorable Court may ultimately fix in this cause.

4. In light of the appointment of undersigned counsel within approximately six weeks of the current sentencing hearing date, the voluminous and complex background material which he must review to adequately prepare for the sentencing hearing, and the atypical matters at issue, it respectfully is submitted that a continuance of the sentencing hearing for approximately thirty days from February 8, 2001 is warranted.

5. Undersigned counsel would state that he has certain conflicts already with other cases as more fully set forth in his Trial/Hearings Conflicts attached to this Motion to Continue.

6. Pursuant to S.D. Fla. L.R. 7.1(A)(3)(a), undersigned counsel has conferred with Bertha Mitrani, AUSA, the Assistant United States Attorney assigned to this case, who stated that she does not oppose this Motion to Continue.

WHEREFORE, Defendant Terrill Myers respectfully moves this Honorable Court for a continuance of the sentencing hearing currently set for February 8, 2001 until no earlier than thirty days later on a date convenient to this Honorable Court which does not conflict with those dates set forth on the attached Trials/Hearings Conflicts.

Respectfully submitted,

Martin A. Feigenbaum
Florida Bar No.705144
150 West Flagler Street
Museum Tower 1565
Miami, FL 33130
(305) 372-0946

2

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by fax and mail this 3rd day of January, 2001, to: Bertha Mitrani, AUSA, 500 East Broward Boulevard, Seventh Floor, Ft. Lauderdale, FL 33394 (fax 954-356-7228)

*[signature]*

3

TRIAL/HEARING CONFLICTS

1. January 8, 2001- trial week, <u>State of Florida v. Matildo Duarte</u>, Case No. F00-26627A, pending before the Honorable Jose Rodriguez, in Miami-Dade Circuit Court.

2. January 16, 2001- trial week, <u>State of Florida v. Jorge Marti</u>, Case No. F00-33999A, pending before the Honorable Stanford Blake, in the Miami-Dade Circuit Court.

3. February 6 -8, 2001, specially-set final hearing, <u>Rose v. Prudential Securities</u>, Case No. 99-0010, pending in the arbitration forum of the National Association of Securities Dealers in Boca Raton, Florida.

4. February 20, 2001- trial week, <u>State of Florida v Leo Alciana</u>, pending before the Honorable Victoria Platzer in the Miami-Dade County Circuit Court.

5. February 20, 2001- two-week trial period, <u>United States v. O'Neal Dixon</u>, Case No. 00-10033-CR-PAINE, pending before the Honorable James Paine, in the United States District Court for the Southern District of Florida in Key West, Florida..

6. February 20, 2001- five-day trial period set aside for evidentiary hearing on motions for preliminary injunctions, <u>International Cosmetics Exchange et al. vs. Gapardis Health & Beauty, Inc. et al</u>, Case No. 00-2280 CIV-HUCK, pending in the U.S. District Court for the Southern District of Florida in Miami, Florida.

7. February 26, 2001- two-week trial period, <u>United States of America v. Jorge Gonzalez</u>, Case No. 96-212-CR-KING, pending before the Honorable James Lawrence King, in the United States District Court for the Southern District of Florida in Miami, Florida.

8. February 26-29, 2001- specially-set final hearing, <u>D.L. Cromwell v.Laidlaw Global</u>, Case No. 00-00283, pending in the arbitration forum of the National Association of Securities Dealers in Boca Raton, Florida.

9. April 2, 2001- three-week trial period, <u>Marian v. Liberty Mutual</u>, Case No. 96-15979 CA 21, pending before the Honorable Joseph Gerstein, pending in the Miami-Dade Circuit Court.

10. May 7-10, 2001- specially-set final hearing, <u>Gahagen v. Tri-Merica Securities Corp</u>, Case No. 00-00471, pending in the arbitration forum of the National Association of Securities Dealers in Boca Raton, FL.

11. October 29, 2001- two-week trial period, <u>International Cosmetics Exchange, Inc. v. Gapardis Health & Beauty, Inc.</u> et al., Case No. 00-2280-CIV-HUCK, pending before the Honorable Paul Huck, in the United States District Court for the Southern District of Florida in Miami, Florida.