UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

        V.

TERRILL MYERS

    Defendant

O R D E R

FILED by _____ D.C.
JAN 1 1 2001
CLARENCE MADDOX
CLERK U.S. DIST CT
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon Defendant Myers' Motion To Continue Sentencing Hearing (filed January 5, 2001). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED. Sentencing of the defendant TERRILL MYERS is hereby reset to March 9, 2001 at 9:30 AM, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___11th___ day of January, 2001.

/s/ William J. Zloch
WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Bertha Mitrani, Esq., AUSA
Martin Feigenbaum, Esq.
Probation