UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6119-CR-ZLOCH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TERRILL MYERS, | ) | PETITION FOR ISSUANCE OF |
| Defendant. | ) | WRIT OF HABEAS CORPUS |
| | ) | AD TESTIFICANDUM |

Defendant Terrill Myers ("MYERS"), by and through undersigned court-appointed counsel, respectfully alleges the following facts:

1. This Honorable Court appointed the undersigned attorney during the last week in December, 2000 to represent MYERS in this cause after another court-appointed attorney, Bruce Fleisher, was permitted to withdraw.

2. MYERS has requested the presence of Co-Defendant Erik Johnson ("JOHNSON") in Ft. Lauderdale, Florida as a necessary and vital witness at his sentencing hearing currently scheduled for March 9, 2001 before this Honorable Court. Erik Johnson, Register No. 55301-004, currently is incarcerated in an institution administered by The Federal Bureau of Prisons at Eglin Air Force Base, P.O. Box 600, Eglin Air Force Base Florida 32542, phone (850) 882-8522.

3. MYERS would state that JOHNSON is a necessary and vital witness because, among other things, he can corroborate that MYERS provided substantial assistance to Plaintiff United States of America ("Government") in this case and was cooperative and gave crucial information to the Government at or about the time of his arrest in this cause.

1

4. MYERS believes that JOHNSON's testimony at the sentencing hearing will assist this Honorable Court to impose a just sentence based upon all the information available to it.

5. Because undersigned counsel for MYERS is court-appointed, it respectfully is requested that the Writ be provided to the U.S. Marshal's Service forthwith for service on the Warden at FCI Eglin Air Force Base to initiate his transfer to Ft. Lauderdale in advance of the March 9, 2001 sentencing hearing.

WHEREFORE, the Defendant Terrill Myers respectfully requests that this Honorable Court issue a Writ of Habeas Corpus Ad Testificandum forthwith for defense witness Erik Johnson in the form attached hereto.

Respectfully submittted,

Martin A. Feigenbaum
Florida Bar No. 705144
150 West Flagler Street
Museum Tower 1565
Miami, FL 33130
(305) 372-0946

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by fax and mail to Bertha Mitrani, AUSA, U.S. Attorney's Office, 500 East Broward Boulevard, Seventh Floor, Ft. Lauderdale, FL 33301 (fax 954-356-7228).

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6116-CR-ZLOCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

TERRILL MYERS,
    Defendant.
_____ /  **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**TO**: UNITED STATES MARSHAL'S SERVICE
    for Inmate Erik Johnson Register No. 55301-04
    FCI Eglin Air Force Base, Florida 32542

    **YOU ARE COMMANDED** to produce Inmate Erik Johnson, Register No. 55301-004, incarcerated at FCI Eglin Air Force Base, for his appearance on March 9, 2001 at 9:30 a.m. at the sentencing hearing in this cause before The Honorable William Zloch, U.S. District Court Judge, 299 East Broward Boulevard, Ft. Lauderdale, Florida 33301.

**DATED**: February ____, 2001

                                                _____
                                                U.S. DISTRICT COURT JUDGE

forms\subp.dep