UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

TERRILL MYERS,
    Defendant.

) DEFENDANT MYERS' EX-PARTE MOTION
) FOR ISSUANCE OF WRIT AD TESTIFICANDUM
)
)

    Defendant Terrill Myers ("MYERS"), by and through undersigned court-appointed counsel, respectfully moves this Honorable Court ex-parte for an Order authorizing transport of federal inmate Erik Johnson to testify at the sentencing hearing in this cause, and states:

    1. MYERS currently is scheduled for sentencing on March 9, 2001 before this Honorable Court in Ft. Lauderdale, Florida.

    2. Undersigned counsel was appointed at the end of December, 2000, to represent MYERS pursuant to the Criminal Justice Act ("CJA") after Bruce Fleisher, Esq. ("FLEISHER"), MYERS' former CJA counsel, was permitted to withdraw.

    3. Prior to the undersigned being appointed, an issue had been raised by MYERS that he qualified for Plaintiff United States of America ("Government") to file a substantial assistance motion under USSG 5K1.1. However, the Government has informed the undersigned that MYERS does not qualify for a 5K1 motion.

    4. MYERS has requested that the undersigned have Erik Johnson available to testify at the sentencing hearing because Mr. Johnson has knowledge about MYERS' substantial assistance

1

which included, among other things, the Government being able to apprehend other individuals and seize contraband.

    5. The undersigned has informed MYERS that only the Government can make a motion under USSG 5K1.1, and that the Court cannot grant a downward departure for substantial assistance without such a Motion filed by the Government. <u>United States v. Alvarez</u>, 115 F.3d 839 (11th Cir. 1997). However, MYERS still requests the making of this application which in any event may impact the sentencing range this Honorable Court may apply.

    WHEREFORE, Defendant Terrill Myers respectfully moves this Honorable Court for an Order issuing the attached Writ Ad Testificandum for Erik Johnson so that he is transported to Defendant's sentencing hearing for March 9, 2001.

                                        Respectfully submitted,

                                        Martin A. Feigenbaum
                                        Florida Bar No.705144
                                        150 West Flagler Street
                                        Museum Tower 1565
                                        Miami, FL 33130
                                        (305) 372-0946

Dated: February 21, 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6116-CR-ZLOCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

TERRILL MYERS,
    Defendant.
_____/ **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**TO**: UNITED STATES MARSHAL'S SERVICE
    for Inmate Erik Johnson Register No. 55301-04
    FCI Eglin Air Force Base, Florida 32542

    **YOU ARE COMMANDED** to produce Inmate Erik Johnson, Register No. 55301-004, incarcerated at FCI Eglin Air Force Base, for his appearance on March 9, 2001 at 9:30 a.m. at the sentencing hearing in this cause before The Honorable William Zloch, U.S. District Court Judge, 299 East Broward Boulevard, Ft. Lauderdale, Florida 33301.

**DATED**: February ____, 2001

                                           _____
                                           U.S. DISTRICT COURT JUDGE

forms\subp.dep