UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

TERRILL MYERS,
    Defendant.
_____

) DEFENDANT MYERS' EX-PARTE MOTION
) <u>FOR FEES FOR DR. MERRY HABER</u>
)
)

Defendant Terrill Myers ("MYERS"), by and through undersigned court-appointed counsel, respectfully moves this Honorable Court ex-parte for an Order authorizing payment to Dr. Merry Haber ("HABER") for professional fees for an appearance at the sentencing hearing in this cause, and states:

1. MYERS currently is scheduled for sentencing on March 9, 2001 before this Honorable Court in Ft. Lauderdale, Florida.

2. Undersigned counsel was appointed at the end of December, 2000, to represent MYERS pursuant to the Criminal Justice Act ("CJA") after Bruce Fleisher, Esq. ("FLEISHER"), MYERS' former CJA counsel, was permitted to withdraw.

3. Prior to the undersigned being appointed, MYERS was examined by HABER, a psychologist residing in Miami-Dade County, Florida. HABER has written an extensive report about MYERS' mental condition.

4. While MYERS still was represented by FLEISHER, MYERS asserted diminished mental capacity as a basis for a downward departure from the Federal Sentencing Guidelines

1

236

range applicable to his case.

5. HABER indicated to undersigned counsel that she is available to appear at the sentencing hearing on March 9. However, HABER would need to be compensated adequately for her appearance and other time preparing and attending the hearing.

6. HABER's professional work pre-hearing, and her appearance at the sentencing hearing, are absolutely necessary for a fair sentencing hearing for MYERS.

7. In light of the above, MYERS respectfully requests that this Honorable Court approve reasonable compensation for HABER's pre-hearing preparation, roundtrip auto travel to Ft. Lauderdale, conferences with the undersigned and MYERS, and compensation for her appearance at the sentencing hearing, that compensation to be the amount of $1,500.00. MYERS attaches a Proposed Order and CJA 21 relating to this Motion.

WHEREFORE, Defendant Terrill Myers respectfully moves this Honorable Court for an Order approving payment of $1,500.00 to Dr. Merry Haber for her professional work in matters related to the sentencing hearing currently scheduled for March 9, 2001.

                              Respectfully submitted,

                              Martin A. Feigenbaum
                              Florida Bar No.705144
                              150 West Flagler Street
                              Museum Tower 1565
                              Miami, FL 33130
                              (305) 372-0946

Dated: February 21, 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6116-CR-ZLOCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

TERRILL MYERS,
    Defendant.

ORDER ON DEFENDANT MYERS'
EX-PARTE MOTION FOR FEES
FOR DR. MERRY HABER

THIS CAUSE came before the Court on Defendant Terrill Myers' Ex-Parte Motion for Fees for Dr. Merry Haber, and the Court, having been apprised in the premises, it is hereupon,

ORDERED AND ADJUDGED that:

1. Defendant Myers' Ex-Parte Motion for Fees for Dr. Merry Haber is_____.

DONE AND ORDERED in Chambers in Ft. Lauderdale, Broward County, Florida this ___ day of February, 2001.

                                    U.S. DISTRICT COURT JUDGE

cc: Martin A. Feigenbaum, Esq.

1