UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6116-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

    V.

TERRILL MYERS

    Defendant

O R D E R



THIS MATTER is before the Court upon the Petition For Issuance Of Writ Of Habeas Corpus Ad Testificandum (filed February 20, 2001). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _26th_ day of February, 2001

WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Bertha Mitrani, Esq., AUSA
Martin Feigenbaum, Esq.