UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff,

v.                                              ORDER

TERRILL MYERS

    Defendant.
_____



FILED by _____ D.C.

FEB 2 7 2001

THIS MATTER is before the Court upon Defendant Myers' Ex-Parte Motion For Fees For Dr. Merry Haber (filed February 23, 2001). This Court has carefully reviewed the merits of said Motion and after due consideration, it is

ORDERED AND ADJUDGED that the aforementioned motion, be and the same is hereby GRANTED to the extent that fees and costs shall not exceed $1,500.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of February 2001.

WILLIAM J. ZLOCH
United States District Judge

cc:
Martin Feigenbaum, Esq.