UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6119-CR-ZLOCH



UNITED STATES OF AMERICA

　　Plaintiff

　　　　v.

　　　　　　　　　　　　　　　O R D E R

TERRILL MYERS

　　Defendant
_____

　　THIS MATTER is before the Court upon Defendant Myers' Ex-Parte Motion For issuance of Writ Ad Testificandum (filed February 23, 2001). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

　　ORDERED AND ADJUDGED that the aforementioned motion is hereby DENIED.

　　DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _27th_ day of February, 2001

　　　　　　　　　　　　　　　_/s/ William J. Zloch_
　　　　　　　　　　　　　　　WILLIAM J. ZLOCH
　　　　　　　　　　　　　　　Chief United States District Judge

cc:

Martin A. Feigenbaum, Esq.