UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CR-ZLOCH (s)

UNITED STATES OF AMERICA,

v.

TERRILL MYERS,

Defendant.

_____/

### UNITED STATES' MOTION FOR DOWNWARD DEPARTURE BASED ON DEFENDANT'S SUBSTANTIAL ASSISTANCE

Pursuant to Section 5K1.1 of the Sentencing Guidelines and 18 U.S.C. §3553(e) of the Federal Rules of Criminal Procedure, the United States of America respectfully requests that this Honorable Court downwardly depart from the applicable sentencing guidelines and reduce defendant TERRILL MYERS' (hereinafter the defendant) sentence, based on the substantial assistance he has provided to the Government in the prosecution of the instant case. The nature and extent of the defendant's cooperation will be set forth at his sentencing hearing, scheduled for March 9, 2001.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

Bertha R. Mitrani
Assistant United States Attorney
Florida Bar No. 88171
500 East Broward Boulevard
Fort Lauderdale, Florida 33394
Tel: 954/ 356-7255
Facsimile: 954/356-7336

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by facsimile 305/372-0946 and regular first class mail to counsel for the defendant on this _____ day of March, 2001:

Martin A. Feigenbaum, Esquire
Museum Tower-Suite 1565
150 West Flagler Street
Miami, Florida 33130

Bertha R. Mitrani
Assistant United States Attorney