
FILED by _____ D.C.
MAR 0 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6119-CR-Zloch    DATE 3-8-01
CLERK Carlye Newby    REPORTER Carl Schanzlei
PROBATION Kathryn Gomez    INTERPRETER _____

UNITED STATES OF AMERICA v. Terrill Myers

U. S. ATTORNEY Bertha Mitrani    DEFT COUNSEL Martin Feigenbaum

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Court vacates & sets aside plea - Deft's ore tenus mtn for continuance granted - all time excludable from 8-14-00

JUDGMENT thru 3-8-01 & from 3-8-01 until trial actually commences -

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC _____

242