**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6119-CR-ZLOCH**

FILED by _____ D.C.

MAR 21 2001

UNITED STATES OF AMERICA

V.                                          NOTICE

TERRILL MYERS

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                                    COURTROOM A
299 E. BROWARD BLVD.                      DATE & TIME:
FT. LAUDERDALE, FL 33301                  March 27, 2001 at 10:00 AM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: March 21, 2001

cc:
Bertha Mitrani, Esq., AUSA
Marty Feigenbaum, Esq.