UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by ____ D.C.
MAR 27 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6119-CR-Zloch  DATE 3-27-01
CLERK Carline Newby  REPORTER Carl Schanzleh
PROBATION ____  INTERPRETER ____

UNITED STATES OF AMERICA v. Terrill Myers

U. S. ATTORNEY Bertha Mitrani  DEFT COUNSEL Marty Feigenbaum

DEFENDANT: (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 3 of Superseding Indict -

RESULT OF HEARING Deft entered a plea of guilty to Count 3

JUDGMENT Court accepted plea + adjudged deft guilty to Count 3

CASE CONTINUED TO 5-7-01  TIME 10:00 FOR Sentencing

MISC Written Plea Agreement —

246