MAY 0 7 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6119-CR-Zloch    DATE 5-7-01
CLERK Caroline Newby    REPORTER Carl Schanzleh
PROBATION Kathryn Gomez    INTERPRETER _____

UNITED STATES OF AMERICA v. Terrill Myers

U. S. ATTORNEY Bertha M. Tran    DEFT COUNSEL Bruce Feigenbaum

DEFENDANT: (PRESENT)    NOT PRESENT ____    ON BOND ____    (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Deft's objections denied - Gov't's mt. for downward departure granted - Ct 3 - 60 months' custody of BoP - 4 yrs supervised
JUDGMENT Release - $100 assessment - Spec Cond. Participate in mental health & substance abuse program - Feigenbaum appointed for appeal -

CASE CONTINUED TO _____    TIME _____    FOR _____
MISC Ct Recommends a facility in Florida or a facility capable of treating deft's mental health & substance abuse problems -

252