UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-CR-06119-WJZ

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

TERRILL MYERS,

   Defendant.

_____/

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW the Defendant, TERRILL MYERS, by and through the undersigned attorney, and moves this Honorable Court for an early termination of supervised release, and states:

1)  The defendant entered a plea on August 14, 2000, to one count of conspiracy to possess with intent to distribute in excess of one hundred kilograms of marijuana in violation of 21 U.S.C. § 846, count 3 of the indictment.

2)  On May 7, 2001, the defendant was sentenced to 60 months prison followed by 4 years of supervised release.

3)  The defendant was released from prison on September 4, 2004, on supervised release and has been dutifully following all rules and regulations including paying the $100 assessment. The defendant has complied so well that he has now been placed in the compliant unit which is the least restrictive level of supervised release. He has slightly more than 13 months of supervised release remaining. Essentially, he has been under supervision, in prison and by probation, for the past seven years.

4)      Since his release the defendant has been attending church on, at least, a weekly basis, at St. Ambrose Catholic Church. He has also been the owner and president of KTL Contracting, Inc., a land clearing company. He also married this year.

5)      While in custody, the defendant was treated for his mental health and substance abuse problems and resolved those problems.

5)      Upon his release from custody the defendant requested a copy of his medical records to document the treatment and resolution, but unfortunately the Bureau of Prisons failed to honor this request. In the event, this Court needs to review these records, the defendant has requested the same to be produced forthwith from the Bureau.

6)      It is the policy of the probation office of this district to not recommend the early termination of a defendant's supervised release. Instead, probation will respond to any inquiries from the Court in this regard..

7)      At the time of the defendant's sentencing, *United States v. Booker,* 543 U.S. 240 (2005), had not been decided. Consequently, the mandatory provisions of U.S.S.G. §5D1.2 had not been eliminated at that time and the Court is no longer constrained to require any particular period or length of supervised release in this case.

WHEREFORE, the defendant moves this Honorable Court to grant this motion and grant an early termination of supervised release.

GARY KOLLIN, P.A.
100 NW 70th Ave, Suite 203
Ft. Lauderdale, FL 33317
Telephone (954) 723-9999
Fax: 954-791-6565
kollin@earthlink.net

By: ___/s/_____
GARY KOLLIN, ESQ.
FLA. BAR NO. 282431

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was efiled on July 27, 2007.

By: ___/s/_____
GARY KOLLIN, ESQ.