UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 004-CR-06119-WJZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TERRILL MYERS,

    Defendant.
_____/

### ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

THIS CAUSE having been brought to the attention of this Court upon the Motion for early Termination of Supervised Release and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion for Early Termination of Supervised Release as to Count 3 is hereby GRANTED.

DONE AND ORDERED in chambers, in the Southern District of Florida this \_\_\_ day of December, 2006.

_____
WILLIAM J. ZLOCH
United States District Judge