UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-CR-06119-WJZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TERRILL MYERS,

    Defendant.
_____/

### EXHIBITS IN SUPPORT OF MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW the Defendant, TERRILL MYERS, by and through the undersigned attorney, and files the attached exhibits in support of his previously filed motion for an early termination of supervised release

GARY KOLLIN, P.A.
100 NW 70th Ave, Suite 203
Ft. Lauderdale, FL 33317
Telephone (954) 723-9999
Fax: 954-791-6565
kollin@earthlink.net

By:  /s/
GARY KOLLIN, ESQ.
FLA. BAR NO. 282431

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing and attached exhibits were efiled on August 2, 2007.

By:  /s/
GARY KOLLIN, ESQ.