

# FCI Marianna, Florida
# Residential Drug Abuse Program

## Terrill Myers

*The above named inmate has satisfactorily met all requirements and standards for completion as prescribed by the 500 Hour Drug Abuse Program Policy and is hereby awarded this certificate for the Residential Drug Abuse Program on the 3rd day of July in the year Two Thousand and Three.*

_____
Monica S. Wetzel, Warden

_____
Deborah L. Willis, Psy.D., Chief Psychologist

_____
A. J. McCartney, Ph.D., D.A.P.C.

# Certificate of Completion

Let it be known that

## Terrill Myers #55329-004

has satisfactorily completed
the 40 hour Drug Abuse Education Class
at F.C.C. Coleman, Florida.



David B. Christensen, B.A.
Drug Abuse Treatment Specialist



April 24, 2002

# Confirmation Certificate

*According to the Rite of the Roman Catholic Church*

**TERRIL MYERS "PAUL"**

was sealed with the Gift of the Holy Spirit

on the __29 TH__ day of __MARCH__, __2002__

at __COLEMAN CHAPEL__  __COLEMAN, FLORIDA__
    Church                City, State

RECORDED AT ST. LAWRENCE CHURCH  BUSHNELL, FLORIDA

by _____ FATHER TOM HEREFORD

*Come, Holy Spirit, fill the Hearts of your faithful, and kindle in them the fire of your love*



# Certificate of Completion

presented to

## Terrill Myers

For successfully completing

## Personal Finance

Course objectives included: Describing gross and net worth, importance of managing finances, the financial pyramid, effective spending plan, incorporating strategies to save money and identifying wants versus needs..





Ginger Lewis, ACE Coordinator

March 12, 2003

# Certificate of Completion

presented to

# Terrill Myers

for successful completion of

*Astronomy I*



*Ginger Lewis*, *ACE Coordinator*

*March 6, 2003*

# Certificate of Completion

presented to

# Terrill Myers

for successful completion of

*Astronomy II*

_Ginger Lewis_, ACE Coordinator

June 5, 2003

# OFFICE OF ADULT RELIGIOUS CORRESPONDENCE COURSES
## SISTERS OF ST. JOSEPH
## DIOCESE OF WICHITA

UNITED STATES OF AMERICA

This is to certify that

TERRILL LEVON MYERS

has satisfactorily completed the following Correspondence Course for Adults:

THE GOOD NEWS OF SALVATION

and is entitled to receive this Certificate of Achievement.

Given at Wichita, Kansas, this  9th  day of October, 19 2003.

*Sister Leonida Linnebur, CSJ*