# OFFICE OF ADULT RELIGIOUS CORRESPONDENCE COURSES

## SISTERS OF ST. JOSEPH
## DIOCESE OF WICHITA

UNITED STATES OF AMERICA

This is to certify that

TERRILL LEVON MYERS

has satisfactorily completed the following Correspondence Course for Adults:

THE GOOD NEWS OF SALVATION

and is entitled to receive this Certificate of Achievement.

Given at Wichita, Kansas, this _____9th_____ day of _____October_____, 19 2003.

_Sister Leonida Linnebur, CSJ_

# RELIGION HOME STUDY PROGRAM

SISTERS OF ST. JOSEPH
DIOCESE OF WICHITA, KANSAS
UNITED STATES OF AMERICA

*This is to certify that* ___TERRILL LEVON MYERS___

*has satisfactorily completed* ___SACRED LITURGY___

*and is entitled to this Certificate of Achievement.*

*Given at Wichita, Kansas on* ___June 14, 2004___

Sister Leonida Linnebur, CSJ
Director

# OFFICE OF ADULT RELIGIOUS CORRESPONDENCE COURSES
## SISTERS OF ST. JOSEPH
## DIOCESE OF WICHITA
### UNITED STATES OF AMERICA

This is to certify that

TERRILL LEVON MYERS

has satisfactorily completed the following Correspondence Course for Adults:

THE GOOD NEWS OF SALVATION

and is entitled to receive this Certificate of Achievement.

Given at Wichita, Kansas, this _____ 9th _____ day of _____ October _____, 19 2003.

Sister Leonida Linnebur, CSJ

# Our Prayer

Continually,
we are praying for you
and asking that you attain
full knowledge of God's will
through perfect wisdom
and spiritual understanding.
Then you will lead a life
worthy of the Lord
and pleasing to him in every way.
Your good works will increase
and so too, your knowledge of God.
Colossians 1:9-11

For __TERRILL MYERS__

on completion of our religious correspondence course, in appreciation.

CATHOLIC INFORMATION SERVICE
Knights of Columbus

New Haven __3/20/03__
Student Number __32923__



# Catholic Home Study Service

Perryville, Missouri

Certifies That

*Terrill Myers*

Has Completed The Correspondence Course

*The Church of the Scriptures*

Grade **93%**   Date   *April 25, 2003*

*Oscar J. Lukefahr cm*
Fr. Oscar J. Lukefahr, C.M., Director



# Catholic Home Study Service

Perryville, Missouri

Certifies That

*Terrill Myers*

Has Completed The Correspondence Course

*Surprised By Truth 2*

Grade **98%**    Date **March 7, 2003**

*Fr. Oscar J. Lukefahr, C.M., Director*



# Catholic Home Study Service

Perryville, Missouri

Certifies That

*Terrill Myers*

Has Completed The Correspondence Course

*The Search for Happiness*

e 97%   Date February 7, 2003

_____
Fr. Oscar J. Lukefahr, C.M., Director



# Catholic Home Study Service

Perryville, Missouri

Certifies That

## Terrill Myers

Has Completed The Correspondence Course

## The Catechism Handbook

Grade **96%**   Date December 27, 2002

_Fr. Oscar J. Lukefahr, C.M., Director_



# Catholic Home Study Service

Perryville, Missouri

Certifies That

*Terrill Myers*

Has Completed The Correspondence Course

*The Privilege of Being Catholic*



Gr 7%     Date December 3, 2002     Fr. Oscar J. Lukefahr, C.M., Director

# Catholic Home Study Service



Perryville, Missouri

Certifies That

## Terrill Myers

Has Completed The Correspondence Course

## Christ's Mother and Ours

Grade **96%**   Date **October 9, 2002**



Fr. Oscar J. Lukefahr, C.M., Director