UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                **O R D E R**

TERRILL MYERS,

    Defendant.
_____/

THIS MATTER came before the Court upon Defendant Terrill Myers's Motion For Early Termination Of Supervised Release (DE 278). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion For Early Termination Of Supervised Release (DE 279) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____9th_____ day of August, 2007.

                                                         */s/ William J. Zloch*
                                                         WILLIAM J. ZLOCH
                                                         United States District Judge

Copies furnished:
Bertha Mitrani, Esq., AUSA
Gary Kollin, Esq.
Lynell Fahie, U.S. Probation